SUBSEQUENT INJURY FUND *v.* CHAPMAN, Widow of Henry Bernard Chapman

[No. 95 (Adv.), September Term, 1971.]

*Decided June 2, 1971.*

(See opinion 11 Md. App. 369 (1971).)

Submitted to HAMMOND, C. J., and BARNES, MCWILLIAMS, FINAN, SINGLEY and SMITH, JJ.

Submitted on Petition by *Francis B. Burch, Attorney General,* and *Albert A. Levin* and *William H. Kable, Special Assistant Attorneys General,* for appellant.

Submitted on Answer to Petition by *Maurice J. Pressman* and *David M. Brenner* for appellee.

PER CURIAM.

This Court, having granted a writ of certiorari and in accordance with Maryland Rule 811 b having determined that no error of law appears in the decision, adopts the opinion of Chief Judge Murphy for the Court of Special Appeals in *Subsequent Injury Fund v. Chapman,* 11 Md. App. 369 and affirms the judgment of the Court of Special Appeals.

*Judgment affirmed with costs.*